NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CRAIG A. JORDAN,**
*Claimant-Appellant*

**v.**

**ROBERT A. MCDONALD, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2015-7067

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 13-3530, Judge Mary J. Schoelen.

---

**JUDGMENT**

---

ALEX P. HONTOS, Dorsey & Whitney LLP, Minneapolis, MN, argued for claimant-appellant. Also represented by BEN DESMOND KAPPELMAN.

ALEXANDER ORLANDO CANIZARES, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, for respondent-appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., CLAUDIA BURKE; DAVID J. BARRANS, AMANDA BLACKMON, CHRISTOPHER O. ADELOYE, Office of

General Counsel, United States Department of Veterans Affairs, Washington, DC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* O'MALLEY and CHEN, *Circuit Judges*).

## AFFIRMED. *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

  June 13, 2016        /s/ Peter R. Marksteiner
       Date            Peter R. Marksteiner
                        Clerk of Court